# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Esther Salas |
| v. | : | Crim. No. 22-00560 |
| BALDEMAR REYES | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Rachelle M. Navarro, Assistant United States Attorney), and defendant Baldemar Reyes, represented by Saverio Viggiano, Esq., for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including July 1, 2024, to permit defense counsel time to review discovery, as well as the reasonable time necessary for effective preparation in this matter; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and the defendant, through his attorney, having consented to this continuance; and the United States having no opposition; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties are conferring to set a scheduling order in this case and will require time to complete discovery. The United States provided discovery to the defendant on February 21, 2024. Therefore, to permit defense counsel time

to review discovery, as well as the reasonable time necessary for effective preparation;

(2) The United States provided a plea agreement to the defendant on March 5, 2024, and thus, to permit the defendant time to consider the plea offer;

(3) The defendant has consented to the aforementioned continuance;

(4) The grant of a continuance likely will conserve judicial resources; and;

(5) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 2nd day of April, 2024;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including July 1, 2024; and it is further

ORDERED that the period from the date this Order is signed through and including July 1, 2024 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE ESTHER SALAS
United States District Judge

Form and entry consented to:

_____
Rachelle M. Navarro
Assistant United States Attorney

_____
Saverio Vigginao, Esq.
Counsel for Defendant